```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  JORGE ZELIDON,

                  Plaintiff,                    MEMORANDUM & ORDER
                                                21-CV-0476(EK)(LB)
          -against-

  STAUBITZ MEAT MARKET, INC., et al.,

                  Defendants.

-------------------------------------x
```
ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated September 14, 2021.  ECF No. 18. Judge Bloom recommends granting the joint motion for settlement approval.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews the R&R for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  The motion for settlement approval is

granted.  The Clerk of Court is respectfully directed to enter judgment and close this case.

    SO ORDERED.

                               /s/ Eric Komitee  
                              ERIC KOMITEE  
                              United States District Judge

Dated:    October 21, 2021  
            Brooklyn, New York